UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN RAZZOLI, :
:
      Plaintiff :
:
v. : CIVIL NO. 3:CV-06-1485
:
FEDERAL BUREAU OF PRISONS, : (Judge Kosik)
et al., :
      Defendants :

## O R D E R

**NOW, THIS 12th DAY OF SEPTEMBER, 2007,** upon consideration of Plaintiff's Motion for Discovery (Doc. 31), **IT IS HEREBY ORDERED THAT** said motion is **dismissed as moot** in that a Memorandum and Order was issued on September 7, 2007, granting Defendants' motion to dismiss the complaint (Doc. 30).

*/s/ EDWIN M. KOSIK*
United States District Judge